**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00292-LTB-MJW

JAMIE MEDINA,
JENNIFER WOODS, and
TONI YANCHAR,

        Plaintiffs,

v.

RAPTOR ENTERPRISES, INC., d/b/a JOHN ROBERT POWERS OF COLORADO, a Colorado corporation,
SUSAN SISITKI, individually, and as personal representative of the Estate of Richard Sisitki,

        Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     The Stipulated (Motion) for Extension of Time for Defendants to file an Answer to the Complaint (Doc 2 - filed March 22, 2006) is **GRANTED up to and including April 12, 2006**.

Dated:  March 23, 2006
_____