**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00292-LTB-MJW

JAMIE MEDINA,
JENNIFER WOODS, and
TONI YANCHAR,

        Plaintiffs,

v.

RAPTOR ENTERPRISES, INC., d/b/a JOHN ROBERT POWERS OF COLORADO, a Colorado corporation,
SUSAN SISITKI, individually, and as personal representative of the Estate of Richard Sisitki,

        Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiffs' Unopposed Motion to Withdraw Without Prejudice Plaintiffs' Motion for Leave to Amend Complaint (Doc 18 - filed August 24, 2006) is **GRANTED**.  Plaintiffs' Motion to Amend Complaint (Doc 15 - filed July 27, 2006) is WITHDRAWN.


Dated:  August 25, 2006
_____