IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00292-LTB-MJW

JAMIE MEDINA,
JENNIFER WOODS, and
TONI YANCHAR,

    Plaintiffs,

v.

RAPTOR ENTERPRISES, INC., d/b/a JOHN ROBERTS POWERS OF COLORADO, Colorado corporation,
SUSAN SISITIKI, individually, and as personal representative of the Estate of Richard Sisitiki,

    Defendants.

ORDER REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER
(DOCKET NO. 30)

Entered by United States Magistrate Judge Watanabe

This matter is before the court on Defendants' Motion for Protective Order (docket no. 30). The court has reviewed the motion and the response (docket no. 33). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

In this case, both sides have agreed that a protective order is appropriate under

Fed. R. Civ. P. 26(c).  However, the scope of such protective order is what is in dispute in this subject motion.  In the subject motion, Defendants seek a protective order protecting Defendant Susan Sisitiki from being required to disclose her own personal financial information and the personal financial information of her deceased husband, Richard Sisitiki.  Although Plaintiffs have not yet requested confidential financial information from Defendant Susan Sisitiki or on behalf of her deceased husband, Richard Sisitiki, Plaintiffs argue that this type of information may be requested in the future if it is determined that Susan and Richard Sisitiki co-mingled assets with the Co-Defendant Raptor Enterprises, Inc.  Thus, Plaintiffs argue that paragraph 3 of Defendants' proposed protective order should not be included in any protective order entered by this court.  Moreover, Plaintiffs argue that Defendants can object to such questioning of such private financial information, if asked, during the deposition of Defendant Susan Sisitiki pursuant to D.C.COLO.LCivR 30.3 A.5.  Lastly, Plaintiffs have submitted a proposed protective order as well.  In paragraph 2 of Plaintiffs' submitted proposed protective order, Plaintiffs have provided for <u>Notice, Discussion and Relief from the Protective Order</u>.  <u>See</u> paragraph 2 in Plaintiffs' submitted proposed protective order.

      Here, the court finds that the Plaintiffs' submitted and proposed protective order as amended by this court in paragraphs 2 and 4 should be entered consistent with Fed. R. Civ. P. 26(c) and <u>Gillard v. Boulder Valley Schools</u>, 196 F.R.D. 382 (D. Colo. 2000).

**ORDER**

WHEREFORE, based upon these findings of fact and conclusions of law, this court ORDERS:

1. That the Defendants' Motion for Protective Order (docket no. 30) is GRANTED;

2. That the proposed written protective order submitted by Plaintiffs is APPROVED as amended in paragraphs 2 and 4 and made an Order of Court;

3. That the proposed written protective order submitted by Defendants is REJECTED; and,

4. That each party shall pay their own attorney fees and costs.

Done and Signed this 23rd day of October, 2006.

BY THE COURT

S/ Michael J. Watanabe
U.S. Magistrate Judge