**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.      06-cv-00292-LTB-MJW

JAMIE MEDINA,
JENNIFER WOODS, and
TONI YANCHAR,

    Plaintiffs,

v.

RAPTOR ENTERPRISES, INC., d/b/a JOHN ROBERT POWERS
    OF COLORADO, INC., a Colorado Corporation, and
SUSAN SISITKI, individually and as personal representative of the
    Estate of Richard Sisitki.

    Defendants.

---

**ORDER**   ( Docket No 38 )

---

THIS MATTER coming before the Court on the Stipulated Motion for Modification of Scheduling Order, and the Court being fully advised in the premises,

IT IS ORDERED that the Stipulated Motion is granted. The discovery cut-off is extended through and including January 15, 2007. The final pretrial conference scheduled for March 13, 2007 at 8:30 a.m. is hereby vacated and rescheduled for March 27, 2007, at 8:30 a.m. The proposed final pretrial order is due by march 22, 2007.

Dated: December 18, 2006

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO