IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 06-cv-00292-LTB-MJW

JAIME MEDINA, JENNIFER WOODS, and TONI YANCHAR,

Plaintiffs,

v.

RAPTOR ENTERPRISES, INC. d/b/a JOHN ROBERT POWERS OF COLORADO, INC., and SUSAN SISITKI, individually and as personal representative of the Estate of Richard Sisitki,

Defendants.

_____

ORDER
_____

This case is before me on Defendants' Motion to Bifurcate Alter Ego Claim and For Separate Trial to the Court [Doc # 48]. Plaintiffs have no objection to the motion, and I agree that the relief requested therein is appropriate under the circumstances of this case. Accordingly, following the clarifications made by the parties at the scheduling conference held on May 25, 2007, IT IS HEREBY ORDERED as follows:

1. Defendants' Motion to Bifurcate Alter Ego Claim and For Separate Trial to the Court [Doc # 48] is GRANTED;

2. The jury trial currently scheduled for November 5, 2007 shall be limited to the issues of Defendant Raptor Enterprises, Inc., d/b/a John Robert Powers of Colorado, Inc.'s ("Raptor") liability on Plaintiffs' claims and damages; and

3. Following the jury trial, a separate trial to the Court shall be held, if necessary, on Plaintiffs' allegations that Richard Sisitki and Susan Sisitki are the alter egos of Raptor.

Dated:  May   25  , 2007 in Denver, Colorado.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, CHIEF JUDGE