IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 06-cv-00292-LTB-MJW

JAIME MEDINA, JENNIFER WOODS, and TONI YANCHAR,

        Plaintiffs,

v.

RAPTOR ENTERPRISES, INC. d/b/a JOHN ROBERT POWERS OF COLORADO, INC., and
SUSAN SISITKI, individually and as personal representative of the Estate of Richard Sisitki,

        Defendants.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 65 - filed September 14, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED: September 17, 2007